McNeill Stokes, Atlanta, GA, for Plaintiffs–Appellants.

Charles C. Jackson, Charis A. Runnels, Christopher J. Boran, Morgan, Lewis & Bockius, LLP, Chicago, IL, for Defendant–Appellee.

Before TJOFLAT and MARCUS, Circuit Judges, and VINSON,* District Judge.

PER CURIAM:

In this employment discrimination case, Sabrina Dant and Margaret Hinson (together, "appellants") appeal from an order of the United States District Court for the Northern District of Georgia granting final summary judgment in favor of the defendant, Beaulieu of America, Inc. ("Beaulieu").

Appellants claim that Beaulieu discriminated against them in a variety of ways, including gender discrimination, by refusing to award them certain promotions and tolerating a sexually hostile work environment, in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e *et seq.* Hinson also claims that Beaulieu violated the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101, by requiring her to take on added responsibility without making reasonable accommodation for her heart condition. Finally, Dant alleges that Beaulieu retaliated against her for complaining about its hostile work environment in violation of Title VII, 42 U.S.C. § 2000e–3(a).

After thorough review, we affirm the final judgment of the district court based on the detailed and well-reasoned Report and Recommendation of the magistrate judge, dated September 18, 2007.

AFFIRMED.

**C & W MECHANICAL CONTRACTORS, INC., Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

No. 07–12005.

United States Court of Appeals, Eleventh Circuit.

April 22, 2008.

Daniel L. Britt, Jr., Marietta, GA, for Plaintiff–Appellant.

* Honorable C. Roger Vinson, United States District Judge for the Northern District of Florida, sitting by designation.

Ivan C. Dale, Washington, DC, for Defendant–Appellee.

Before TJOFLAT and MARCUS, Circuit Judges, and VINSON,* District Judge.

PER CURIAM:

In this tax case, C & W Mechanical Contractors, Inc. appeals from the district court's order of March 6, 2007 granting final summary judgment to the United States on appellants's complaint for judicial review of the Internal Revenue Service's administrative determination sustaining the filing of a notice of federal tax lien with respect to assessed unpaid employment taxes and penalties.

After thorough review, we affirm on the basis of the district court's well reasoned order granting summary judgment to the United States.

**AFFIRMED.**